**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **SHANE DAVIS**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHERN GRAPHICS, INC.** d/b/a **SGS & CO.**,<br><br>Defendant. | Case No.: 3:25-cv-563 |
| **LINDA GREENWOOD**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHERN GRAPHICS, INC.** d/b/a **SGS & CO,**<br><br>Defendant. | Case No. 3:25-cv-610 |
| **JAMES PALMER**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHERN GRAPHICS, INC.** d/b/a **SGS & CO,**<br><br>Defendant. | Case No. 3:25-cv-613 |

| | |
|---|---|
| **RICHARD BUST**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHERN GRAPHICS, INC.** d/b/a **SGS & CO,**<br><br>Defendant. | Case No. 3:25-cv-617 |
| **DARA ROJOWSKI**, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**SOUTHERN GRAPHICS, INC.** d/b/a **SGS & CO,**<br><br>Defendant. | Case No. 3:25-cv-657 |

**ORDER CONSOLIDATING CASES AND APPOINTING INTERIM CLASS COUNSEL**

Before the Court is Plaintiffs' Unopposed Motion to Consolidate Related Cases and Appoint Interim Co-Lead Counsel (the "Motion"). Upon consideration of the Motion, the Court having reviewed the pleadings filed by Plaintiffs Shane Davis, Linda Greenwood, James Palmer, Richard Bust, and Dara Rojowski (collectively, "Plaintiffs") and the authorities cited therein, it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**

**IT IS HEREBY ORDERED THAT:**

1. The following related cases ("Related Cases") pending in this District are consolidated pursuant to Rule 42(a):

   a. *Davis v. Southern Graphics, Inc.*, Case No. 3:25-cv-563;

   b. *Greenwood v. Southern Graphics, Inc.*, Case No. 3:25-cv-610;

c. *Palmer v. Southern Graphics, Inc*., Case No. 3:25-cv-613;

d. *Bust v. Southern Graphics, Inc*., Case No. 3:25-cv-617; and

e. *Rojowski v. Southern Graphics, Inc*., Case No. 3:25-cv-657.

2. All underlying deadlines in the Related Cases, including Defendant's deadlines to answer or otherwise respond to the complaints filed in the Related Cases, are hereby stayed.

3. To ensure consistent and efficient adjudications in this Court, the consolidated action will bear Master Case No. 3:25-cv-563, the number assigned to the first-filed case, and reflect the following caption:

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| **IN RE: SOUTHERN GRAPHICS, INC. DATA BREACH LITIGATION**<br><br>This Document Relates To: | Master File No. 3:25-cv-563 |

4. The case file for the consolidated action will be maintained under Master Case, No. 3:25-cv-563 (the "Lead Case"). When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "3:25-cv-563 (Davis)".

5. Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar alleged operative facts as the consolidated action shall be related to and consolidated with the consolidated action. Plaintiffs and Defendant shall file a Notice of Related

Case whenever a case that should be consolidated with the consolidated action is filed in, transferred to, or removed to this District.

6. If the Court determines that the case is related, the clerk shall:

a. Place a copy of this Order in the separate file for such action;

b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

c. Direct that this Order be served upon defendant(s) in the new case; and

d. Make an appropriate entry in the Lead Case's docket.

7. Having given due consideration to the relevant factors set forth in Federal Rule of Civil Procedure 23(g)(1) and (4), including Rule 23(g)(1)(A)(i)-(iv), and finding that the proposed counsel meet the adequacy requirements thereunder, Mariya Weekes of Milberg Coleman Bryson Phillips Grossman, PLLC; Jeff Ostrow of Kopelowitz Ostrow, P.A.; William B. Federman of Federman & Sherwood; Raina Borrelli of Strauss Borrelli PLLC; and Grayson Wells of Stranch, Jennings & Garvey, PLLC, are appointed as Plaintiffs' Interim Co-Lead Counsel, in accordance with Rule 23(g)(3).

8. Interim Co-Lead Counsel will be responsible for and have plenary authority to prosecute any and all claims of Plaintiffs and the putative class and to provide general supervision of the activities of Plaintiffs' counsel in the consolidated action. Specifically, Interim Co-Lead Counsel shall have the following responsibilities, duties, and sole authority to:

a. Draft and file the master consolidated complaint, and have final authority regarding what claims and parties are to be included;

b. Determine and present in pleadings, briefs, motions, oral argument, or such other fashion as may be appropriate, personally or by a designee, to the Court and opposing parties the position of Plaintiffs and the putative class on matters arising during the pretrial proceedings;

c. Coordinate and conduct discovery on behalf of Plaintiffs and the putative class consistent with the requirements of the Federal Rules of Civil Procedure and the

Local Rules of the United States District Court for the Western District of Kentucky;

d. Consult with and employ consultants and/or expert witnesses;

e. Draft and file a motion for class certification on behalf of Plaintiffs and the putative class;

f. Conduct all pre-trial proceedings on behalf of the putative class;

g. Enter into stipulations and agreements with Defendant;

h. Sign all papers filed on behalf of Plaintiffs and the putative class;

i. Convene meetings of all Plaintiffs' counsel, as necessary;

j. Form task-specific subcommittees of Plaintiffs' counsel, as appropriate;

k. Conduct settlement negotiations with Defendant;

l. Maintain an up-to-date service list of all Plaintiffs' counsel for all consolidated cases, and promptly advise the Court and Defendant's counsel of changes thereto;

m. Receive and distribute to Plaintiffs' counsel, as appropriate, discovery, pleadings, correspondence, and other documents from Defendant's counsel or the Court that are not electronically filed;

n. Appear at Court-noticed status conferences and hearings;

o. Be the contact persons for all Plaintiffs' counsel and as the attorneys of record with whom the Court will be dealing throughout the course of the litigation;

p. Delegate specific tasks to other Plaintiffs' counsel in a manner to avoid duplicative efforts and ensure that pretrial preparation for Plaintiffs and the putative class is conducted effectively, efficiently, and economically;

q. Otherwise coordinate the work of all Plaintiffs' counsel, and perform such other duties as the Interim Co-Lead Counsel deem necessary to advance the litigation or as authorized by further Order of the Court;

r. Fund the necessary and appropriate costs of discovery and other common benefit efforts; and

s. Perform such other functions as necessary to effectuate these responsibilities or as expressly authorized by further Order of the Court.

9. The mere communication of otherwise privileged information among and between Plaintiffs' counsel shall not be deemed a waiver of the attorney-client privilege or the attorney work product immunity, as the Court recognizes that cooperation by and among counsel is essential for the orderly and expeditious resolution of this litigation.

10. Plaintiffs shall file a Consolidated Class Action Complaint no later than 30 days following the entry of this order, which shall be the operative complaint in the consolidated action and shall supersede all previous complaints filed in any of the Related Cases.

11. This Order shall apply to the above-listed Related Cases, any subsequently consolidated action, any actions consolidated with the above-listed Related Cases, and any actions filed in or transferred or removed to this Court relating to the same common nucleus of alleged facts and the data incident underlying this litigation.

12. Interim Co-Lead Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for plaintiffs in any related case to the extent that Interim Co-Lead Counsel are aware of any such action(s) and on all attorneys for plaintiffs whose cases may subsequently be consolidated with the above actions but who have not yet registered for CM/ECF.

**IT IS SO ORDERED.**

November 24, 2025

**David J. Hale, Chief Judge**
**United States District Court**