**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

| | |
|---|---|
| SHANE DAVIS, LINDA GREENWOOD, JAMES PALMER, RICHARD BUST, and DARA ROJOWSKI, individually and on behalf of all others similarly situated,<br><br>   Plaintiffs,<br><br>v.<br><br>SOUTHERN GRAPHICS, INC. d/b/a SGS & CO.,<br><br>   Defendant. | Case No. 3:25-cv-563 |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY**
**ALL DEADLINES PENDING APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Local Rule 54.1, Plaintiffs and Defendant hereby jointly provide notice to the Court that the parties have reached an agreement in principle to settle the action on a classwide basis.

To allow sufficient time to finalize the settlement agreement and prepare the proposed notices to the class and the motion for preliminary approval, the parties respectfully request the Court stay all case deadlines pending the filing approval process. The Parties anticipate the Plaintiffs will file the settlement agreement with their motion for preliminary approval within 30 days of this notice.

Dated: December 29, 2025.    Respectfully submitted,

***Interim Co-Lead Counsel***

*/s/ Jeff Ostrow*
Jeff Ostrow*
KOPELOWITZ OSTROW P.A.
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301

Tele: 954-525-4100
ostrow@kolawyers.com

Mariya Weekes*
MILBERG PLLC
333 SE 2nd Avenue, Suite 2000
Miami, FL 33131
Tel: 866-252-0878
mweekes@milberg.com

Grayson Wells*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: 615-254-8801
gwells@stranchlaw.com

Raina C. Borrelli*
STRAUSS BORRELLI PLLC
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Tele: 872-263-1100
raina@straussborrelli.com

William B. Federman
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Tele: 405-235-1560
wbf@federmanlaw.com

*Admitted pro hac vice


**Counsel for Defendant**

/s/ P. Reiko Koyama
P. Reiko Koyama (*pro hac vice*)
HUNTON ANDREWS KURTH LLP - DC
2200 Pennsylvania Avenue, NW
Washington, DC 20037-1701
202-778-2274
pkoyama@hunton.com

C. Tyson Gorman (Ky. Bar No. 86429)

2

WYATT, TARRANT, & COMBS, LLP
400 W Market Street
Louisville, NY 40202
(502) 562-7332
tgorman@wyattfirm.com